# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JOYCE HOWE**                                                                       **PLAINTIFF**

v.                                          No. 5:16-CV-00067-JLH-PSH

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                            **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia Harris. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Joyce Howe's Complaint (*Doc. 2*) is DISMISSED with prejudice.

DATED this 30th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE